[No. 24543-8-III. Division Three. August 15, 2006.]

THE STATE OF WASHINGTON, *Appellant*, v. A.M., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-8-00905-1, Neal Q. Rielly, J., entered August 9, 2005. *Reversed* by unpublished opinion per Brown, J., concurred in by Kato and Kulik, JJ.

[Nos. 23541-6-III; 24631-1-III. Division Three. August 17, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ANTHONY STINSON, *Appellant*.

*In the Matter of the Personal Restraint of* JAMES ANTHONY STINSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01151-6, Salvatore F. Cozza, J., entered October 29, 2004, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kulik, J.

[Nos. 24035-5-III; 25010-5-III. Division Three. August 17, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH HOWARD BLAKELY, JR., *Appellant*.

*In the Matter of the Personal Restraint of* RALPH HOWARD BLAKELY, JR., *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 04-1-00369-8, Evan E. Sperline, J., entered March 22, 2005, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kato and Kulik, JJ.